1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
9
AT TACOMA

10
DARREL WAYNE VANDERGRIFF,

11
        Plaintiff,

12
    v.

13
TONY GAMBONE *et al.*,

14
        Defendants.

Case No. C06-5381RBL

ORDER ADOPTING THE REPORT
AND RECOMMENDATION

15

16
      The Court, having reviewed the file, the Report and Recommendation of Magistrate Judge J.

17
Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does

18
hereby find and ORDER:

19
    (1)    The Court adopts the Report and Recommendation;

20
    (2)    Plaintiff's motion for Summary Judgment is **DENIED.** An answer has
            been filed and plaintiff can show no injury as a result of the two-month
21
            delay in this case.

22
    (3)    Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and
            to the Hon. J. Kelley Arnold .

23

24
      DATED this 1st day of May, 2007.

25

26
                RONALD B. LEIGHTON
                UNITED STATES DISTRICT JUDGE

27

28
ORDER - 1