UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARREL WAYNE VANDERGRIFF,

   Plaintiff,

   v.

LYNNE DELANO *et al.*,

   Defendants.

Case No. C06-5381RBL

ORDER DECLINING TO CONSIDER PLAINTIFF'S MOTION TO COMPEL

This action, brought under 42 U.S.C. 2000, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The plaintiff has been granted leave to proceed *in forma pauperis.* On May 21, 2007 plaintiff filed a motion to compel (Dkt. # 56).  Ten days later, On May 31, 2007 plaintiff filed a notice of appeal from an order denying him summary judgment (Dkt. # 57).

Plaintiff's appeal divests this court of jurisdiction to consider motions at this time.  Plaintiff may re-note his motion after the appeal has been concluded.

The clerks office is directed to send plaintiff and counsel for defendants a copy of this Order.

DATED this 18 day of June, 2007.

   */S/ J. Kelley Arnold*
   J. Kelley Arnold
   United States Magistrate Judge

ORDER - 1