# United States District Court

WESTERN DISTRICT OF WASHINGTON

DARREL WAYNE VANDERGRIFF

JUDGMENT IN A CIVIL CASE

v.

TONY GAMBONE, et al.,

CASE NUMBER: C06-5381RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendant's Motion to Dismiss for Lack of Prosecution is **GRANTED**; and

Plaintiff's claims are DISMISSED with prejudice.


   September 23, 2008                                    BRUCE RIFKIN
Date                                                    Clerk


                                                        *s/CM Gonzalez*
                                                    Deputy Clerk